IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CORA CADIA FORD
also known as Cora Elder
also known as
Cora Ford Royal,

   Defendant.

CRIMINAL FILE NO.
1:12-CR-297-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending denying the Defendant's Motion to Consolidate and to Dismiss [Doc. 19]. The Defendant's objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Consolidate and to Dismiss [Doc. 19] is DENIED.

SO ORDERED, this 29 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge